## FRED RUOTOLO ET AL. *v.* RIEFE TIETJEN, EXECUTOR (ESTATE OF JOHN N. SWANSON), ET AL.

The petition by the defendants Riefe Tietjen, executor of the estate of John N. Swanson, Marion Fessenden and Geraldine Augeri, for certification for appeal from the Appellate Court, 93 Conn. App. 432 (AC 25239), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes § 45a-441 is applicable to the facts of the present case?"

The Supreme Court docket number is SC 17640.

*Jeffrey T. Beatty* and *J. Michael Sulzbach,* in support of the petition.

Decided March 31, 2006